No. 345. HICKEY ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 417. KLITZNER ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *W. Stuart McCloy* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 447. ROBILLARD ET AL. v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Shirley Fingerhood* for petitioners. *Frank S. Hogan* for respondent.

No. 451. KERESTES v. UNITED STATES; and
No. 455. SOPHER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner in No. 451. *Charles A. Bellows* for petitioners in No. 455. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States in both cases. Reported below: 362 F. 2d 523.

No. 466. OIL BASE, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Wilson B. Copes* and *Wellman P. Thayer* for petitioner. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 468. LASCHER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Dan Kaufmann,* Assistant Attorney General, and *A. Wallace Tashima,* Deputy Attorney General, for respondent.